UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>Cook County School District, IDS #166, and William Crandall, Megan Myers, Mitch Dorr, employees of Cook County School District, IDS #166,<br><br>        Defendants. | **MOTION TO ALLOW PLAINTIFF TO PROCEED USING A PSEUDONYM**<br><br>Case No.: 18-cv-3051 |

_____

Plaintiff respectfully requests that the Court allow Plaintiff in the above-named action to proceed under the pseudonym John Doe throughout the course of this litigation due to the privacy concerns at the heart of this matter. This motion is based on the Verified Complaint, the Memorandum in Support of Motion to Proceed Using a Pseudonym, the argument of counsel, and all other pleadings and documents filed herein. Plaintiffs respectfully request that this motion be handled on an expedited basis, pursuant to LR 7.1(d)(4).

Dated: October 31, 2018                                    **MCGRAW LAW FIRM, P.A.**

                                                                               **/s/Beau D. McGraw**
                                                                               _____
                                                                               Beau D. McGraw, I.D. No.: 31190X
                                                                               Attorney for Plaintiff
                                                                               10390 39th Street North, Suite 3
                                                                               Lake Elmo, MN 55042
                                                                               Telephone:  (651) 209-3200
                                                                               beau@mcgrawlawfirm.com