## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Doe,

                Plaintiff,

      v.

Cook County School District, IDS #166,
and William Crandall, Megan Myers, Mitch
Dorr, employees of Cook County School
District, IDS #166,

                Defendants.

| |
|---|
| **DECLARATION OF JOHN DOE** |
| **Case No.: 18-cv-3051** |

---

I, John Doe, declare under the penalties of perjury the following to be true to the best of my knowledge:

1. I am the Plaintiff in the above captioned matter.

2. I have attended school in the Cook County School District since I was five years old.

3. During that time, I have not faced any serious discipline and I believe, aside from the incident at issue in his lawsuit, I have no disciplinary marks on my school record.

4. In this case, the school never told me the names of the persons who have accused me of sexual assault and have yet to have been told what it is I did that has me suspended from school and unable to play football or hockey.

5. I have never intentionally attempted to assault or harm another student in any way and I deny the allegations that I sexually assaulted anyone.

1

6. Through my participation in football, I am on pace to earn a scholarship to a wonderful college.

7. Because of the discipline imposed upon me based on these allegations I have yet to have been made aware of the substance of, I am unable to participate in end of the football season or in the hockey season.  My reputation has been tarnished in the small northern Minnesota community in which I reside.

8. I believe that this will result in losing my scholarship, and with it, my ability to afford to attend college and the tremendous opportunity afforded to me by this scholarship I have worked so hard to earn.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: _10-31-18_ 　　　　　　　　　　　 _John Doe_ 　　　　
　　　　　　　　　　　　　　　　　　　　　　 John Doe