UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>Cook County School District, IDS #166, and William Crandall, Megan Myers, Mitch Dorr, employees of Cook County School District, IDS #166,<br><br>        Defendants. | **MEET AND CONFER DECLARATION OF BEAU D. MCGRAW**<br><br>Case No.: 18-cv-3051 |

I, Beau D. McGraw, declare under the penalties of perjury the following to be true to the best of my knowledge:

1. I am the attorney for Plaintiff in the above captioned matter.

2. I have personal knowledge of the facts herein.

3. On October 25, 2018, I conferred with Jennifer Earley, counsel for Defendants, regarding Plaintiff's request that he be reinstated at Cook County School District, IDS #166 pending resolution of his lawsuit.  Such request was denied.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  10-31-18

*/s/ Beau D. McGraw*
Beau D. McGraw

1