# UNITED STATES DISTRICT COURT
for the
District of Minnesota

John Doe,

                *Plaintiff,*

v.                          Case No. 0:18−cv−03051−NEB−LIB

Cook County School District, IDS #166,
et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Cook County School District, IDS #166

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Beau D McGraw
        10390 39th Street N.
        Lake Elmo, MN
        55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Kimberly Krulas

Date of Issuance:  October 31, 2018

# Summons and Complaint Return of Service

Case No. 0:18−cv−03051−NEB−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Cook County School District, IDS #166

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

John Doe,

                *Plaintiff,*

v.                                               Case No. 0:18−cv−03051−NEB−LIB

Cook County School District, IDS #166,
et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   William Crandall

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Beau D McGraw
            10390 39th Street N.
            Lake Elmo, MN
            55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:



Signature of Clerk or Deputy Clerk

                                                        Kimberly Krulas

Date of Issuance:  October 31, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−03051−NEB−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: William Crandall

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

John Doe,

                *Plaintiff,*

v.                                     Case No. 0:18−cv−03051−NEB−LIB

Cook County School District, IDS #166,
et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Megan Myers

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Beau D McGraw
        10390 39th Street N.
        Lake Elmo, MN
        55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Kimberly Krulas

Date of Issuance:  October 31, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−03051−NEB−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Megan Myers

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

John Doe,

*Plaintiff,*

v.　　　　　　　　　　　　　　　　　　　　Case No. 0:18−cv−03051−NEB−LIB

Cook County School District, IDS #166,
et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Mitch Dorr

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　Beau D McGraw
　　　　　　10390 39th Street N.
　　　　　　Lake Elmo, MN
　　　　　　55042

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*　　　　　By:



Signature of Clerk or Deputy Clerk

　　　　　　　　　　　　　　　Kimberly Krulas

Date of Issuance:  October 31, 2018

# Summons and Complaint Return of Service

Case No. 0:18−cv−03051−NEB−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Mitch Dorr

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____