Jennifer K. Earley
jke@ratwiklaw.com
(612) 225-6825



Ratwik, Roszak & Maloney, P.A.

November 2, 2018

**ELECTRONICALLY FILED**
The Honorable Judge Nancy E. Brasel
United States District Court
348 Federal Building
316 N. Robert Street
St. Paul, MN 55101

      RE:   *Doe v. Cook County School District, ISD #166 et al*
             Case No. 18-cv-3051
             Our File No. 1582-0028

Dear Judge Brasel:

    During the conference call yesterday, I stated that Plaintiff's last day of suspension was November 2, 2018. It was brought to my attention today that Plaintiff's suspension began on October 24, 2018. Additionally, there is no school today, November 2, 2018, due to the end of the first academic quarter. Plaintiff's suspension thus extends through November 7, 2018, and he will be returning to school on November 8, 2018. This information was accurately reflected in Exhibit 7 of Plaintiff's Verified Complaint.

                                      Very truly yours,

                                      Jennifer K. Earley

JKE

RRM: 308074

730 Second Avenue South, Suite 300, Minneapolis, MN 55402   1987 30th ANNIVERSARY 2017   p (612) 339-0060 • f (612) 339-0038 • www.ratwiklaw.com