

Jennifer K. Earley
jke@ratwiklaw.com
(612) 225-6825

Ratwik, Roszak & Maloney, P.A.

November 7, 2018

**ELECTRONICALLY FILED**

The Honorable Judge Nancy E. Brasel
United States District Court
348 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    RE:   *Doe v. Cook County Schools, Independent School District No.166, et al*
            Case No. 18-cv-3051
            Our File No. 1582-0028

Dear Judge Brasel:

    Based on productive conversations this afternoon, the parties are working to reach an early settlement in this litigation. The parties have therefore agreed, with the Court's permission, to extend the preliminary injunction briefing schedule by one day, in the hopes that briefing and further use of this Court's resources may be avoided altogether. We appreciate the Court's consideration of this request.

                                    Very truly yours,

                                      Jennifer K. Earley

JKE

CC:   Beau McGraw

RRM: 308498