FINDING JUSTICE ONE CASE AT A TIME

## MCGRAW LAW FIRM, P.A.

ATTORNEY
BEAU D. MCGRAW*√

651.209.3200
WWW.MCGRAWLAWFIRM.COM

10390 39TH STREET NORTH SUITE 3
LAKE ELMO, MINNESOTA 55042

LEGAL ASSISTANT
MELISSA M. SCHULTZ

November 8, 2018

The Honorable Leo I. Brisbois
United States Magistrate Judge
United States Courthouse
515 West First Street, Suite 412
Duluth, MN 55802

Re:   John Doe v. Cook County School District, ISD No. 166, et al.
      Case Number: 18-cv-03051

Dear The Honorable Magistrate Judge Brisbois:

The purpose of this letter is to provide the Court with an update and otherwise be in compliance with the directives of Your Honor as it relates to the above-referenced matter.

Please be advised that the parties have had occasion to meet and confer with respect to Plaintiff's motion to proceed pseudonymously relative to the above-referenced matter. The parties have reached agreement as follows:

1. Plaintiff's motion to proceed pseudonymously should be granted and Plaintiff will always be referred to as John Doe;
2. Any reference to any alleged victim will always be Jane Doe; and
3. Should there be need to make reference to any parent of any student, such parent would be referred to pseudonymously as well.

Additionally, the Court should be made aware that the parties are in the final stages of settlement discussions and barring some unforeseen circumstance, the parties will be settling this case.

I thank you for your time and attention to this matter.

Very truly yours,

**MCGRAW LAW FIRM, P.A.**

/s/Beau D. McGraw

Beau D. McGraw

Cc:   Jennifer Earley, Esq.
      John Doe