

Jennifer K. Earley
jke@ratwiklaw.com
(612) 225-6825

Ratwik, Roszak & Maloney, P.A.

November 8, 2018

**ELECTRONICALLY FILED**
The Honorable Judge Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802-1397

      RE: *Doe v. Cook County Schools, Independent School District No.166, et al*
           Case No. 18-cv-3051
           Our File No. 1582-0028

Dear Judge Brisbois:

    This office represents the Defendants in the above-captioned matter. Defendants submit this letter to confirm that the letter filed by Beau McGraw, attorney for Plaintiff John Doe (Doc. No. 24) reflects the mutual agreement of the parties with respect to the use of pseudonyms in this case. Defendants appreciate the Court's attention to this matter.

                               Very truly yours,

                                 Jennifer K. Earley

JKE

cc:    Beau McGraw

RRM:   308536