UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Doe,

    Plaintiff,

v.

Cook County School District, ISD #166,
and William Crandall, Megan Myers, Mitch
Dorr, employees of Cook County School
District, ISD #166,

    Defendants.

Court File No. 18-cv-3051 (NEB/LIB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned attorneys hereby advise the Court that all of Plaintiff's claims against all Defendants named in the above-entitled cause of action have been fully compromised and settled.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that all claims by Plaintiff John Doe against all Defendants in the above-referenced action may be, and hereby are, dismissed on their merits and with prejudice, each party to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED, that without further notice a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims against Defendants may be entered herein.

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

MCGRAW LAW FIRM, P.A.

Dated: 11-9-18    By: /s/ Beau D. McGraw
Beau D. McGraw (Atty. No. 31190X)
10390 39th Street North, Suite 3
Lake Elmo, MN 55042
Phone: (651) 209-3200
beau@mcgrawlawfirm.com

**Attorney for Plaintiff John Doe**

RATWIK, ROSZAK & MALONEY, P.A.

Dated: 11-09-18    By: /s/ Jennifer K. Earley
Jennifer K. Earley (Atty. No. 0253789)
Ratwik, Roszak & Maloney, P.A.
730 Second Avenue South, Suite 300
Minneapolis, MN 55402
Phone: (612) 339-0060
Fax: (612) 339-0038
jke@ratwiklaw.com

**Attorney for Defendants Independent School District #0166 – Cook County Schools, William Crandall, Megan Myers, and Mitch Dorr**

RRM:    #308510