# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN DOE, | Case No. 18-CV-3051 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| COOK COUNTY SCHOOL DISTRICT, IDS #166, WILLIAM CRANDALL, MEGAN MYERS, and MITCH DORR, employees of Cook County School District IDS #166, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on November 9, 2018 [ECF No. 26], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and on the merits, and without costs or attorneys' fees to any party.

Dated: November 14, 2018
BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge